**GREAT NORTHERN RAILWAY COMPANY, Appellant, v. Nellie S. BUETOW, individually and as Executrix of the Last Will and Testament of William R. Buetow, Deceased.**

No. 13722.

Circuit Court of Appeals, Eighth Circuit.

May 26, 1948.

Edwin C. Matthias, of St. Paul, Minn., H. F. Chapman, of Sioux Falls, S. D., and

Dwight Campbell, of Aberdeen, S. D., for appellant.

Holton Davenport, Ellsworth E. Evans and Louis R. Hurwitz, all of Sioux Falls, S. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties, on stipulation of parties.